**Tab B**

## DECLARATION OF JEFF BAILEY

1.    My name is Jeff Bailey.  I am nineteen years old or older.  I have personal knowledge of all the facts in this declaration.

2.    I am giving this statement voluntarily.  I understand that I am not being forced to give this statement.  I understand that my job will not be affected in any way positively or negatively by my signing or not signing this statement.

3.    I am signing this statement because all the facts in this statement are true.

4.    I am employed by SL Alabama, LLC ("SL") as Logistics Supervisor.  I have been employed by SL for approximately seven years.  I am employed in Logistics/Shipping Department, first shift.  I am currently supervised by David Chong.

5.    During my employment at SL I have been provided a copy of SL's Associate Handbook.  I have always understood that SL prohibits discrimination in any form, including discrimination based on race. I have always understood that SL prohibits retaliation against anyone who makes a complaint of discrimination.

6.    During my employment at SL, I have always understood that associates are prohibited from sleeping on the job and that sleeping on the job during working hours is a terminable offense. I am unaware of any associate who was found sleeping on the job and was not terminated.

7.    My Department works a staggering shift.  First shift typically begins at 5:00 a.m. (but varies) and ends at 2:30 p.m. (but varies). Second shift typically begins at 3:00 p.m. (but varies) and ends at 11:30 p.m. (but varies).  I am not aware of any favoritism towards white associates regarding placement on the first shift. Currently, the majority of the first shift in my Department is African-American.

20100167 v1



8.      During my employment at SL, I worked with Ricky Whetstone.  I acted as his Supervisor throughout 2012. On or about November 2, 2012, I was informed by Ryan Kim, Logistics Specialist, that Ricky Whetstone had been sleeping on the job during working hours. Ryan Kim showed me a picture of Ricky Whetstone sleeping on his forklift. I reported this incident to the Human Relations Department Manager Debbie Meeks. Debbie Meeks asked me to collect any pictures of Ricky Whetstone sleeping on the job during, which I did. I also interviewed Chris Williams, Rod Marbury, and Stephorn Leonard, who all confirmed that they observed Ricky Whetstone sleeping on the job. I reported all of the information I gathered to Debbie Meeks.

9.      During the time I worked with Ricky Whetstone, I never heard him complain about race discrimination or retaliation.

10.     During my employment at SL, I worked with Duane Carrell. I have never caught Duane Carrell sleeping on the job during working hours.

11.     I declare that the foregoing is true and correct under penalty of perjury.


_____
JEFF BAILEY

_____11/19/2013_____
DATE